United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter     **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Cameron Transport Corp. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Cameron Transport, Carpet Cleaning and Auto Detail Corp |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5122431 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2821 Pine Avenue** <br> **Niagara Falls, NY 14301** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Niagara** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 1-20-11032-CLB,    Doc 1,    Filed 08/07/20,    Entered 08/07/20 11:13:25,
Description: Main Document , Page 1 of 69

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4889__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Western District of New York** | **3/17/20** | **20-10454** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | Relationship |
|---|---|---|
| | When | Case number, if known |

Case 1-20-11032-CLB, Doc 1, Filed 08/07/20, Entered 08/07/20 11:13:25,
Description: Main Document , Page 2 of 69

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 7, 2020**
MM / DD / YYYY

**X** **/s/ Faisel Haruna**
Signature of authorized representative of debtor

**Faisel Haruna**
Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ FREDERICK J. GAWRONSKI**
Signature of attorney for debtor

Date **August 7, 2020**
MM / DD / YYYY

**FREDERICK J. GAWRONSKI 2767549**
Printed name

**COLLIGAN LAW, LLP**
Firm name

**12 FOUNTAIN PLAZA**
**SUITE 600**
**BUFFALO, NY 14202-3613**
Number, Street, City, State & ZIP Code

Contact phone **716-885-1150**    Email address **fgawronski@colliganlaw.com**

**2767549 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Cameron Transport Corp.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration   **BUSINESS INCOME AND EXPENSES**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  7, 2020**     X **/s/ Faisel Haruna**
                                                  Signature of individual signing on behalf of debtor

                                                  **Faisel Haruna**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cameron Transport Corp.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALLY PO BOX 380901 BLOOMINGTON, MN 55438** | 888-925-2559 | **2019 FORD F650 - 6138** | **Unliquidated** | **$70,583.50** | **$46,391.00** | **$24,192.50** |
| **CHRYSLER CAPITAL ATTN: BANKRUPTCY DEPT PO BOX 961278 Fort Worth, TX 76161** | 855-563-5635 | **2016 MERCEDES SPRINTER - 4285** | **Unliquidated** | **$59,607.98** | **$26,536.00** | **$33,071.98** |
| **FRONTLINE ASSET STRATEGIES 2700 SNELLING AVENUE NORTH SUITE 250 Saint Paul, MN 55113** | 651-621-2800 | **GOODS** | **Disputed** | | | **$29,426.74** |
| **HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204** | 410-690-1455 | **2016 DODGE RAM PROMASTER - 0252** | **Unliquidated** | **$39,000.00** | **$10,343.00** | **$28,657.00** |
| **HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204** | 410-690-1455 | **2017 FORD TRANSIT - 1707** | **Unliquidated** | **$40,000.00** | **$12,491.00** | **$27,509.00** |
| **HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204** | 410-690-1455 | **2016 DODGE RAM PROMASTER - 2774** | **Unliquidated** | **$44,000.00** | **$9,681.00** | **$34,319.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204 | 410-690-1455 | 2017 DODGE CARAVAN - 8743 | Unliquidated | $37,000.00 | $10,701.00 | $26,299.00 |
| HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204 | 410-690-1455 | 2018 DODGE CARAVAN - 4643 | Unliquidated | $37,000.00 | $10,993.00 | $26,007.00 |
| HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204 | 410-690-1455 | 2015 DODGE RAM PROMASTER - 0203 | Unliquidated | $39,000.00 | $16,392.00 | $22,608.00 |
| HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204 | 410-690-1455 | 2017 DODGE CARAVAN - 0327 | Unliquidated | $30,000.00 | $9,869.00 | $20,131.00 |
| MARLIN BUSINESS SERVICES CORP. 300 FELLOWSHIP ROAD Mount Laurel, NJ 08054 | | THREE (3) STRETCHERS | Disputed | | | $26,504.38 |
| NEW YORK STATE DEPT OF MOTOR VEHICLES 295 MAIN STREET SUITE 46B Buffalo, NY 14203 | | | Disputed | | | $270,000.00 |
| NEW YORK THRUWAY PO BOX 15186 Albany, NY 12212 | | EZ PASS | Disputed | | | $85,179.87 |
| NORTH MILLS EQUIPMENT FINANCE LLC ACCOUNTS RECEIVABLE 50 WASHINGTON STREET FLOOR 1O Norwalk, CT 06854 | 800-998-7852 | 2019 FORD E-350 GLOBAL MOTOR COACH - 1448 | Unliquidated | $83,000.00 | $59,621.00 | $23,379.00 |
| SANTANDER PO BOX 13098 Reading, PA 19612 | 800-828-0820 | 2018 FORD TRANSIT - 2836 | Unliquidated | $37,166.30 | $16,218.00 | $20,948.30 |

Case 1-20-11032-CLB,  Doc 1,  Filed 08/07/20,  Entered 08/07/20 11:13:25,
Description: Main Document , Page 8 of 69

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| STERLING NATIONAL BANK TP LEASING DEPT PO BOX 75422 Chicago, IL 60675 | | 2018 FORD F-150 - 1728 | Unliquidated | $50,000.00 | $28,900.00 | $21,100.00 |
| STERLING NATIONAL BANK TP LEASING DEPT PO BOX 75422 Chicago, IL 60675 | 516-327-7795 | 2018 FORD F-150 - 1728 | Unliquidated | $50,000.00 | $28,900.00 | $21,100.00 |
| TCF NATIONAL BANK 1111 WEST SAN MARNAN DR SUITE A2 WEST Waterloo, IA 50701 | 800-823-2265 | 2019 FORD F-550 JERR-DAN - 3888 | Unliquidated | $115,000.00 | $75,000.00 | $40,000.00 |
| THE STATE INSURANCE FUND 225 OAK STREET Buffalo, NY 14203 | | INSURANCE | Disputed | | | $252,424.19 |
| WELLS FARGO DEALER SERVICES ATTN: CORRESPONDENCE - MAC T9017-026 PO BOX 168048 Irving, TX 75016-8048 | 800-289-8004 | 2016 DODGE CARAVAN - 9527 | Unliquidated | $31,853.50 | $6,621.00 | $31,853.50 |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................    $    **2.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................    $    **1,582,523.50**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................    $    **1,582,525.50**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **1,794,950.80**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **704,283.73**

4.   Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b    $    **2,499,234.53**

Fill in this information to identify the case:

Debtor name    **Cameron Transport Corp.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | BANK OF AMERICA | CHECKING | 8857 | $50,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$50,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**DESKS AND OFFICE CHAIRS** | **$0.00** | | **$6,815.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**EIGHT (8) HP DESKTOP COMPUTERS; ONE (1) CANON PRINTER** | **$0.00** | | **$6,402.50** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$13,217.50** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | __2017 DODGE CARAVAN-7791__ | **Unknown** | **KELLY BLUE BOOK** | $7,692.00 |
| 47.2. | __2017 MASERATI LAVANTE - 2723__ | **Unknown** | **KELLY BLUE BOOK** | $39,028.00 |
| 47.3. | __2019 FORD F650 - 6138__ | **Unknown** | **KELLY BLUE BOOK** | $46,391.00 |
| 47.4. | __2016 DODGE CARAVAN - 8533__ | **Unknown** | **KELLY BLUE BOOK** | $5,158.00 |
| 47.5. | __2018 DODGE CARAVAN - 7183__ | **Unknown** | **KELLY BLUE BOOK** | $12,412.00 |
| 47.6. | __2015 FORD FUSION - 0656__ | **Unknown** | **KELLY BLUE BOOK** | $6,430.00 |
| 47.7. | __2017 FORD TRANSIT - 3425__ | **Unknown** | **KELLY BLUE BOOK** | $15,103.00 |
| 47.8. | __2018 DODGE CARAVAN - 7438__ | **Unknown** | **KELLY BLUE BOOK** | $12,666.00 |
| 47.9. | __2018 DODGE CARAVAN - 8144__ | **Unknown** | **KELLY BLUE BOOK** | $31,663.00 |
| 47.10. | __2016 MERCEDES SPRINTER - 4285__ | **Unknown** | **KELLY BLUE BOOK** | $26,536.00 |
| 47.11. | __2017 CHRYSLER PACIFICA - 5573__ | **Unknown** | **KELLY BLUE BOOK** | $9,059.00 |
| 47.12. | __2017 CHRYSLER 300 - 9968__ | **Unknown** | **KELLY BLUE BOOK** | $20,032.00 |
| 47.13. | __2017 FORD TRANSIT CONNECT - 3330__ | **Unknown** | **KELLY BLUE BOOK** | $10,901.00 |
| 47.14. | __2018 FORD FUSION - 8621__ | **Unknown** | **KELLY BLUE BOOK** | $14,478.00 |
| 47.15. | __2018 FORD FUSION - 5837__ | **Unknown** | **KELLY BLUE BOOK** | $10,169.00 |
| 47.16. | __2018 FORD CONNECT - 3299__ | **Unknown** | **KELLY BLUE BOOK** | $11,271.00 |
| 47.17. | __2018 FORD FUSION - 4066__ | **Unknown** | **KELLY BLUE BOOK** | $8,848.00 |
| 47.18. | __2017 FORD TRANSIT - 3071__ | **Unknown** | **KELLY BLUE BOOK** | $12,449.00 |

| 47.19 | **2018 FORD CONNECT - 5494** | Unknown | **KELLY BLUE BOOK** | $14,900.00 |
| 47.20 | **2018 FORD FUSION - 9671** | Unknown | **KELLY BLUE BOOK** | $11,778.00 |
| 47.21 | **2018 FORD F-150 - 1744** | Unknown | **KELLY BLUE BOOK** | $25,953.00 |
| 47.22 | **2017 CHRYSLER PACIFICA - 7664** | Unknown | **KELLY BLUE BOOK** | $8,231.00 |
| 47.23 | **2018 JEEP COMPASS - 3643** | Unknown | **KELLY BLUE BOOK** | $12,435.00 |
| 47.24 | **2017 CHRYSLER PACIFICA -2498** | Unknown | **KELLY BLUE BOOK** | $11,864.00 |
| 47.25 | **2017 DODGE CARAVAN - 5007** | Unknown | **KELLY BLUE BOOK** | $9,221.00 |
| 47.26 | **2017 DODGE GRAND - 5004** | Unknown | **KELLY BLUE BOOK** | $7,132.00 |
| 47.27 | **2017 DODGE GRAND - 4745** | Unknown | **KELLY BLUE BOOK** | $7,951.00 |
| 47.28 | **2017 DODGE GRAND - 4746** | Unknown | **KELLY BLUE BOOK** | $7,951.00 |
| 47.29 | **2017 DODGE CARAVAN - 7791** | Unknown | **KELLY BLUE BOOK** | $8,154.00 |
| 47.30 | **2018 DODGE CARAVAN - 7183** | Unknown | **KELLY BLUE BOOK** | $13,165.00 |
| 47.31 | **2017 DODGE RAM PROMASTER - 7248** | Unknown | **KELLY BLUE BOOK** | $25,091.00 |
| 47.32 | **2017 DODGE RAM PROMASTER** | Unknown | **KELLY BLUE BOOK** | $19,729.00 |
| 47.33 | **2019 INTERNATIONAL -3500** | Unknown | **KELLY BLUE BOOK** | $67,420.00 |
| 47.34 | **2015 DODGE RAM PROMASTER - 0203** | Unknown | **LEASE TO OWN** | $16,392.00 |
| 47.35 | **JERR-DAN 20' XLP STEEL CARRIER - 7680** | Unknown | | $5,000.00 |

| 47.36. | **2018 DODGE CARAVAN - 4649** | Unknown | **KELLY BLUE BOOK** | **$32,133.00** |
|---|---|---|---|---|
| 47.37. | **2019 FORD F-550 JERR-DAN - 3888** | Unknown | **KELLY BLUE BOOK** | **$75,000.00** |
| 47.38. | **2018 FORD TRANSIT - 7326** | Unknown | **LEASE TO OWN** | **$18,268.00** |
| 47.39. | **2018 CHRYLER PACIFICA - 2858** | Unknown | **LEASE TO OWN** | **$12,792.00** |
| 47.40. | **2018 FORD TRANSIT - 2835** | Unknown | **LEASE TO OWN** | **$18,455.00** |
| 47.41. | **2018 DODGE CARAVAN - 8144** | Unknown | **LEASE TO OWN** | **$15,509.00** |
| 47.42. | **2018 FORD TRANSIT - 2836** | Unknown | **LEASE TO OWN** | **$16,218.00** |
| 47.43. | **2016 DODGE RAM PROMASTER - 0252** | Unknown | **LEASE TO OWN** | **$10,343.00** |
| 47.44. | **2016 DODGE CARAVAN - 9527** | Unknown | **LEASE TO OWN** | **$6,621.00** |
| 47.45. | **2016 DODGE RAM PROMASTER - 2774** | Unknown | **LEASE TO OWN** | **$9,681.00** |
| 47.46. | **2017 DODGE CARAVAN - 0325** | Unknown | **LEASE TO OWN** | **$9,092.00** |
| 47.47. | **2017 DODGE CARAVAN - 0327** | Unknown | **LEASE TO OWN** | **$9,869.00** |
| 47.48. | **2017 DODGE CARAVAN - 1540** | Unknown | **LEASE TO OWN** | **$8,965.00** |
| 47.49. | **2017 FORD TRANSIT - 1707** | Unknown | **LEASE TO OWN** | **$12,491.00** |
| 47.50. | **2017 DODGE CARAVAN - 8743** | Unknown | **LEASE TO OWN** | **$10,701.00** |
| 47.51. | **2018 DODGE CARAVAN - 4643** | Unknown | **LEASE TO OWN** | **$10,993.00** |
| 47.52. | **2019 FORD E-350 GLOBAL MOTOR COACH - 1448** | Unknown | **LEASE TO OWN** | **$59,621.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 47.53. | **2019 FORD E-450 GLOBAL MOTOR COACH - 3383** | Unknown | LEASE TO OWN | $94,900.00 |
| 47.54. | **2018 FORD TRANSIT 350 - 4582** | Unknown | LEASE TO OWN | $20,791.00 |
| 47.55. | **2018 FORD TRANSIT 350 - 4584** | Unknown | LEASE TO OWN | $21,101.00 |
| 47.56. | **2018 FORD TRANSIT - 2835** | Unknown | KELLY BLUE BOOK | $17,478.00 |
| 47.57. | **2018 DODGE CARAVAN - 4635** | Unknown | KELLY BLUE BOOK | $12,334.00 |
| 47.58. | **2018 FORD TRANSIT - 2836** | Unknown | KELLY BLUE BOOK | $17,296.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **TOOLS**                                         $0.00                           $40,000.00

51.  **Total of Part 8.**                                                         $1,133,305.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **2821 PINE AVE,**<br>**NIAGARA FALLS, NY**<br>**14301**<br>**Month to Month**<br>**Lease** | | $0.00 | LEASE | $1.00 |
| 55.2. | **4201 BUFFALO RD,**<br>**CHILI, NY 14514**<br>**Month to Month**<br>**Lease** | | $0.00 | LEASE | $1.00 |

56.     **Total of Part 9.**                                                     | $2.00 |

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ☐ No.  Go to Part 12.
        ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit**
        **has been filed)**
        **CLAIM AGAINST NEW YORK STATE ATTORNEY**
        **GENERAL FOR LOST WAGES**                                          | $1.00 |
        Nature of claim          LOST INCOME
        Amount requested              $1.00

| **CLAIM AGAINST MEDICAID FOR WITHHELD MONEY** | **$380,000.00** |
|---|---|
| Nature of claim     **SERVICES** | |
| Amount requested     **$380,000.00** | |

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

        **THREE (3) STRETCHERS**                                         **$6,000.00**

78.     **Total of Part 11.**                                              **$386,001.00**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No

        ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,217.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,133,305.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................................................> | | $2.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $386,001.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,582,523.50 | + 91b. $2.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,582,525.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 1-20-11032-CLB,    Doc 1,    Filed 08/07/20,    Entered 08/07/20 11:13:25,
Description: Main Document  , Page 19 of 69

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **ALLY**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2017 DODGE CARAVAN-7791** | $11,056.62 | $7,692.00 |

**2.1 ALLY**
Creditor's Name

**PO BOX 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

**888-925-2559**
Creditor's email address, if known

Date debt was incurred
**2017**
Last 4 digits of account number
**7791**
Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2017 DODGE CARAVAN-7791**

Describe the lien
**PURCHASE MONEY SECURITY**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: **$11,056.62**
Value of collateral: **$7,692.00**

---

**2.2 ALLY**
Creditor's Name

**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**888-925-2559**
Creditor's email address, if known

Date debt was incurred
**2017**
Last 4 digits of account number
**2723**
Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**2017 MASERATI LAVANTE - 2723**

Describe the lien
**PURCHASE MONEY SECURITY**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$32,000.00**
Value of collateral: **$39,028.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **ALLY** | Describe debtor's property that is subject to a lien | $70,583.50 | $46,391.00 |
| | Creditor's Name | **2019 FORD F650 - 6138** | | |

**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**6138**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **ALLY** | Describe debtor's property that is subject to a lien | $1,943.74 | $5,158.00 |
| | Creditor's Name | **2016 DODGE CARAVAN - 8533** | | |

**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**888-925-2559**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**
**8533**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **ALLY** | Describe debtor's property that is subject to a lien | $12,812.73 | $12,412.00 |
| | Creditor's Name | **2018 DODGE CARAVAN - 7183** | | |

**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**888-925-2559**
Creditor's email address, if known

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1-20-11032-CLB,   Doc 1,   Filed 08/07/20,   Entered 08/07/20 11:13:25,
Description: Main Document  , Page 21 of 69

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**7183**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **ALLY** | Describe debtor's property that is subject to a lien | $7,000.00 | $6,430.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 380901**
**BLOOMINGTON, MN 55438**

Creditor's mailing address

**888-925-2559**

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**0656**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 FORD FUSION - 0656**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **ALLY** | Describe debtor's property that is subject to a lien | $8,484.54 | $8,154.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 380901**
**BLOOMINGTON, MN 55438**

Creditor's mailing address

**888-925-2559**

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**7791**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2017 DODGE CARAVAN - 7791**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **CHRYSLER CAPITAL** | Describe debtor's property that is subject to a lien | $28,118.31 | $15,103.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 961278**
**Fort Worth, TX 76161**

Creditor's mailing address

**855-563-5635**

Creditor's email address, if known

**2017 FORD TRANSIT - 3425**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2017**

Last 4 digits of account number
**3425**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **CHRYSLER CAPITAL** | Describe debtor's property that is subject to a lien | $12,106.08 | $12,666.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 961278**
**Fort Worth, TX 76161**

Creditor's mailing address

**855-563-5635**

Creditor's email address, if known

**2018 DODGE CARAVAN - 7438**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**

Last 4 digits of account number
**7438**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.10 | **CHRYSLER CAPITAL** | Describe debtor's property that is subject to a lien | $9,565.18 | $31,663.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 961278**
**Fort Worth, TX 76161**

Creditor's mailing address

**855-563-5635**

Creditor's email address, if known

Date debt was incurred

**2018 DODGE CARAVAN - 8144**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**2018**
**Last 4 digits of account number**
**8144**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |

**CHRYSLER CAPITAL**
Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 961278**
**Fort Worth, TX 76161**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**4285**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 MERCEDES SPRINTER - 4285**


**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

$59,607.98 | $26,536.00

---

| 2.1 2 | | | |

**CHRYSLER CAPITAL**
Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 961278**
**Fort Worth, TX 76161**
Creditor's mailing address

**855-563-5635**
Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**5573**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 CHRYSLER PACIFICA - 5573**


**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

$10,931.60 | $9,059.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| **2.1 3** | **CHRYSLER CAPITAL** | Describe debtor's property that is subject to a lien | $38,954.36 | $20,032.00 |

Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 961278**
**Fort Worth, TX 76161**
Creditor's mailing address

**2017 CHRYSLER 300 - 9968**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

**855-563-5635**
Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2017**
Last 4 digits of account number
**9968**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| **2.1 4** | **CIT BANK** | Describe debtor's property that is subject to a lien | $76,518.00 | $67,420.00 |

Creditor's Name

**21146 NETWORK PLANCE**
**Chicago, IL 60673**
Creditor's mailing address

**2019 INTERNATIONAL -3500**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

**888-204-0799**
Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**
Last 4 digits of account number
**3500**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| **2.1 5** | **CIT BANK, N.A.** | Describe debtor's property that is subject to a lien | $1.00 | $5,000.00 |

Creditor's Name

**10201 CENTURION PARKWAY NORTH SUITE 100**
**Jacksonville, FL 32256**
Creditor's mailing address

**JERR-DAN 20' XLP STEEL CARRIER - 7680**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

**888-204-0799**
Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case 1-20-11032-CLB,   Doc 1,   Filed 08/07/20,   Entered 08/07/20 11:13:25,
Description: Main Document , Page 25 of 69

Date debt was incurred                    ■ No
**2019**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**7680**
Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?            Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,             ■ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 6 | **COOK PROPERTIES NY, LLC** | Describe debtor's property that is subject to a lien | $1.00 | $1.00 |

Creditor's Name

**90 AIRPARK DRIVE
SUITE 400
Rochester, NY 14624**

**4201 BUFFALO RD, CHILI, NY 14514
Month to Month Lease**

Creditor's mailing address

Describe the lien
**Month to Month LEASE**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred                    ■ No
                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?            Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 7 | **DOERING FLEET MANAGEMENT** | Describe debtor's property that is subject to a lien | $37,133.00 | $17,478.00 |

Creditor's Name

**2018 FORD TRANSIT - 2835**

**15300 W CAPITOR DRIVE
Brookfield, WI 53005**

Creditor's mailing address

Describe the lien
**LEASE TO OWN**
Is the creditor an insider or related party?

**262-395-4700**                          ■ No
                                          ☐ Yes
Creditor's email address, if known        Is anyone else liable on this claim?

Date debt was incurred                    ■ No
**2018**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**2835**
Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?            Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,             ■ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 8 | **DOERING FLEET MANAGEMENT** | Describe debtor's property that is subject to a lien | $25,387.00 | $12,334.00 |

Creditor's Name

**2018 DODGE CARAVAN - 4635**

**15300 W CAPITOR DRIVE**
**Brookfield, WI 53005**

Creditor's mailing address

Describe the lien
**LEASE TO OWN**

Is the creditor an insider or related party?

**262-395-4700**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**4635**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.19 | **DOERING FLEET MANAGEMENT** | | $35,255.00 | $17,296.00 |
|------|------|------|------|------|

Creditor's Name

Describe debtor's property that is subject to a lien
**2018 FORD TRANSIT - 2836**

**15300 W CAPITOR DRIVE**
**Brookfield, WI 53005**

Creditor's mailing address

Describe the lien
**LEASE TO OWN**

Is the creditor an insider or related party?

**262-395-4700**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**2836**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.20 | **FORD CREDIT** | | $11,225.37 | $10,901.00 |
|------|------|------|------|------|

Creditor's Name

Describe debtor's property that is subject to a lien
**2017 FORD TRANSIT CONNECT - 3330**

**PO BOX 650573**
**Dallas, TX 75265**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

**877-349-5262 EXT 85426**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**3330**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 1 | | | |
|---|---|---|---|

**FORD CREDIT**

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

Creditor's mailing address

**877-349-5262 EXT 85426**

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**8621**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $12,132.98     $14,478.00
**2018 FORD FUSION - 8621**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 2 | | | |
|---|---|---|---|

**FORD CREDIT**

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**5837**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $11,191.55     $10,169.00
**2018 FORD FUSION - 5837**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 3 | | | |
|---|---|---|---|

**FORD CREDIT**

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     $15,445.53     $11,271.00
**2018 FORD CONNECT - 3299**

**Describe the lien**

---

Name

**Purchase Money Security**

877-349-5262 EXT 85426

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**
Last 4 digits of account number
**3299**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 4 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $10,134.26 | $11,778.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

Creditor's mailing address

**2018 FORD FUSION - 9671**

Describe the lien
**Purchase Money Security**

877-349-5262 EXT 85426

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**
Last 4 digits of account number
**9671**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 5 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $28,686.85 | $25,953.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

Creditor's mailing address

**2018 FORD F-150 - 1744**

Describe the lien
**Purchase Money Security**

877-349-5262 EXT 85426

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**
Last 4 digits of account number
**1744**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 25

☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 6 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $19,377.73 | $8,848.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

**2018 FORD FUSION - 4066**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

**877-349-5262 EXT 85426**

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4066**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated
☐ Disputed

---

| 2.2 7 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $20,322.19 | $12,449.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

**2017 FORD TRANSIT - 3071**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

**877-349-5262 EXT 85426**

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3071**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated
☐ Disputed

---

| 2.2 8 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $22,734.34 | $14,900.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 650573**
**Dallas, TX 75265**

**2018 FORD CONNECT - 5494**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**877-349-5262 EXT 85426**

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**5494**
Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.29 | **HRAL, LLC dba ALLSTATE LEASING** | | $39,000.00 | $16,392.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 DODGE RAM PROMASTER - 0203**

Describe the lien
**LEASE TO OWN**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**0203**
Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.30 | **HRAL, LLC dba ALLSTATE LEASING** | | $20,000.00 | $6,621.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 DODGE CARAVAN - 9527**

Describe the lien
**LEASE TO OWN**

Is the creditor an insider or related party?

☑ No
☐ Yes

**410-690-1455**

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**9527**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Cameron Transport Corp.** | Case number (if known) | |
|--------|------------------------------|-------------------------|---|
| | Name | | |

☐ No

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

**1. HRAL, LLC dba ALLSTATE LEASING**
**2. WELLS FARGO DEALER SERVICES**

---

| 2.3 1 | **HRAL, LLC dba ALLSTATE LEASING** | | $44,000.00 | $9,681.00 |
|-------|-----------------------------------|---|------------|-----------|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2016 DODGE RAM PROMASTER - 2774**

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**
**2774**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **HRAL, LLC dba ALLSTATE LEASING** | | $22,000.00 | $9,092.00 |
|-------|-----------------------------------|---|------------|-----------|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2017 DODGE CARAVAN - 0325**

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**410-690-1455**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**0325**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **HRAL, LLC dba ALLSTATE LEASING** | | $30,000.00 | $9,869.00 |
|-------|-----------------------------------|---|------------|-----------|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Creditor's Name

**2017 DODGE CARAVAN - 0327**

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0327**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated
☐ Disputed

---

| 2.3 4 | **HRAL, LLC dba ALLSTATE LEASING** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $19,000.00   $8,965.00
**2017 DODGE CARAVAN - 1540**

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**410-690-1455**

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**1540**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated
☐ Disputed

---

| 2.3 5 | **HRAL, LLC dba ALLSTATE LEASING** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $40,000.00   $12,491.00
**2017 FORD TRANSIT - 1707**

**PO BOX 4826**
**TIMONIUM, MD 21204**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**1707**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 6 | **HRAL, LLC dba ALLSTATE LEASING** | | | $37,000.00 | $10,701.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 4826
TIMONIUM, MD 21204**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 DODGE CARAVAN - 8743**

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**8743**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 7 | **HRAL, LLC dba ALLSTATE LEASING** | | | $37,000.00 | $10,993.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 4826
TIMONIUM, MD 21204**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 DODGE CARAVAN - 4643**

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**4643**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 8 | **HRAL, LLC dba ALLSTATE LEASING** | | | $39,000.00 | $10,343.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 4826
TIMONIUM, MD 21204**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 DODGE RAM PROMASTER - 0252**

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**LEASE TO OWN**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**
2016

**Last 4 digits of account number**
0252

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

---

| 2.3 9 | **INTERGRATED VEHICLE LEASING INC** | Describe debtor's property that is subject to a lien | $28,995.00 | $21,101.00 |
|---|---|---|---|---|

Creditor's Name

**734 WALT WHITHAM ROAD**
**Melville, NY 11747**

Creditor's mailing address

**2018 FORD TRANSIT 350 - 4584**

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**631-439-1266**

Creditor's email address, if known

**Date debt was incurred**
2018

**Last 4 digits of account number**
4584

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

---

| 2.4 0 | **INTERGRATED VEHICLE LEASING INC** | Describe debtor's property that is subject to a lien | $28,995.00 | $20,791.00 |
|---|---|---|---|---|

Creditor's Name

**734 WALT WHITHAM ROAD**
**Melville, NY 11747**

Creditor's mailing address

**2018 FORD TRANSIT 350 - 4582**

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**631-439-1266**

Creditor's email address, if known

**Date debt was incurred**
2018

**Last 4 digits of account number**
4582

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 1 | **NORTH MILLS EQUIPMENT FINANCE LLC** | | **$100,000.00** | **$94,900.00** |
|---|---|---|---|---|

Creditor's Name

**ACCOUNTS RECEIVABLE
50 WASHINGTON STREET
FLOOR 1O
Norwalk, CT 06854**

Creditor's mailing address

**800-998-7852**

Creditor's email address, if known

**Date debt was incurred
2019**

**Last 4 digits of account number
3383**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2019 FORD E-450 GLOBAL MOTOR COACH -
3383**

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 2 | **NORTH MILLS EQUIPMENT FINANCE LLC** | | **$83,000.00** | **$59,621.00** |
|---|---|---|---|---|

Creditor's Name

**ACCOUNTS RECEIVABLE
50 WASHINGTON STREET
FLOOR 1O
Norwalk, CT 06854**

Creditor's mailing address

**800-998-7852**

Creditor's email address, if known

**Date debt was incurred
2019**

**Last 4 digits of account number
1448**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2019 FORD E-350 GLOBAL MOTOR COACH -
1448**

**Describe the lien**
**LEASE TO OWN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 3 | **ROLLINS INTERNATIONAL** | | **$1.00** | **$1.00** |
|---|---|---|---|---|

Creditor's Name

**2821 PINE AVENUE
Niagara Falls, NY 14301**

**Describe debtor's property that is subject to a lien**
**2821 PINE AVE, NIAGARA FALLS, NY 14301
Month to Month Lease**

---

Case 1-20-11032-CLB,   Doc 1,   Filed 08/07/20,   Entered 08/07/20 11:13:25,
Description: Main Document , Page 36 of 69

| Debtor | **Cameron Transport Corp.** | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

| Creditor's mailing address | **Describe the lien** |
|----------------------------|----------------------|
| | **LEASE** |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **SANTANDER** | **Describe debtor's property that is subject to a lien** | $37,173.86 | $18,455.00 |
|-------|---------------|--------------------------------------------------------|------------|------------|
| | Creditor's Name | **2018 FORD TRANSIT - 2835** | | |

**PO BOX 13098**
**Reading, PA 19612**

Creditor's mailing address

| | **Describe the lien** |
|---|----------------------|
| | **LEASE TO OWN** |

**Is the creditor an insider or related party?**

**800-828-0820**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2835**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 5 | **SANTANDER** | **Describe debtor's property that is subject to a lien** | $37,166.30 | $16,218.00 |
|-------|---------------|--------------------------------------------------------|------------|------------|
| | Creditor's Name | **2018 FORD TRANSIT - 2836** | | |

**PO BOX 13098**
**Reading, PA 19612**

Creditor's mailing address

| | **Describe the lien** |
|---|----------------------|
| | **LEASE TO OWN** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2836**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1-20-11032-CLB,    Doc 1,    Filed 08/07/20,    Entered 08/07/20 11:13:25,
Description: Main Document  , Page 37 of 69

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 6 | **SIGNATURE FINANCIAL** | **Describe debtor's property that is subject to a lien** | $35,045.28 | $18,268.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 71278**
**Philadelphia, PA 19176**

**2018 FORD TRANSIT - 7326**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**
**Is the creditor an insider or related party?**

**866-281-8878**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**7326**
**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 7 | **SIGNATURE FINANCIAL** | **Describe debtor's property that is subject to a lien** | $31,455.00 | $12,792.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 71278**
**Philadelphia, PA 19176**

**2018 CHRYLER PACIFICA - 2858**

Creditor's mailing address

**Describe the lien**
**LEASE TO OWN**
**Is the creditor an insider or related party?**

**866-281-8878**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**2858**
**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 8 | **SNAP-ON CREDIT LLC** | **Describe debtor's property that is subject to a lien** | $40,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**950 TECHNOLOGY WAY**
**SUITE 301**
**Libertyville, IL 60048**

**TOOLS**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 1-20-11032-CLB,    Doc 1,    Filed 08/07/20,    Entered 08/07/20 11:13:25,
Description: Main Document  , Page 38 of 69

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**7254**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 9 | **STERLING NATIONAL BANK** | | | |
|---|---|---|---|---|

Creditor's Name

**TP LEASING DEPT**
**PO BOX 75422**
**Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**1728**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $50,000.00      $28,900.00
**2018 FORD F-150 - 1728**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.5 0 | **STERLING NATIONAL BANK** | | | |
|---|---|---|---|---|

Creditor's Name

**TP LEASING DEPT**
**PO BOX 75422**
**Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**1728**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**      $50,000.00      $28,900.00
**2018 FORD F-150 - 1728**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

☑ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☑ Unliquidated
☐ Disputed

---

| 2.5 1 | **TCF NATIONAL BANK** | Describe debtor's property that is subject to a lien | $32,500.00 | $32,133.00 |
|---|---|---|---|---|

Creditor's Name

**1111 WEST SAN MARNAN DR**
**SUITE A2 WEST**
**Waterloo, IA 50701**
Creditor's mailing address

**2018 DODGE CARAVAN - 4649**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes

**800-823-2265**
Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**4649**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.5 2 | **TCF NATIONAL BANK** | Describe debtor's property that is subject to a lien | $115,000.00 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 WEST SAN MARNAN DR**
**SUITE A2 WEST**
**Waterloo, IA 50701**
Creditor's mailing address

**2019 FORD F-550 JERR-DAN - 3888**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**3888**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.5 3 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $17,095.69 | $8,231.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Creditor's Name

**2017 CHRYSLER PACIFICA - 7664**

**ATTN:**
**CORRESPONDENCE - MAC**
**T9017-026**
**PO BOX 168048**
**Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

**800-289-8004**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7664**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
☐ Disputed

---

2.5
4

**WELLS FARGO DEALER SERVICES**

**Describe debtor's property that is subject to a lien**
**2018 JEEP COMPASS - 3643**

$21,435.85          $12,435.00

Creditor's Name

**ATTN:**
**CORRESPONDENCE - MAC**
**T9017-026**
**PO BOX 168048**
**Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

**800-289-8004**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3643**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
☐ Disputed

---

2.5
5

**WELLS FARGO DEALER SERVICES**

**Describe debtor's property that is subject to a lien**
**2017 CHRYSLER PACIFICA -2498**

$14,735.65          $11,864.00

Creditor's Name

**ATTN:**
**CORRESPONDENCE - MAC**
**T9017-026**
**PO BOX 168048**
**Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

**800-289-8004**

■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2017**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2498**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.5 6 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $9,512.62 | $9,221.00 |
|---|---|---|---|---|

Creditor's Name

**2017 DODGE CARAVAN - 5007**

**ATTN: CORRESPONDENCE - MAC T9017-026 PO BOX 168048 Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

**800-289-8004**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5007**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.5 7 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $17,488.53 | $7,132.00 |
|---|---|---|---|---|

Creditor's Name

**2017 DODGE GRAND - 5004**

**ATTN: CORRESPONDENCE - MAC T9017-026 PO BOX 168048 Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

**800-289-8004**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5004**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1-20-11032-CLB,    Doc 1,    Filed 08/07/20,    Entered 08/07/20 11:13:25,
Description: Main Document  , Page 42 of 69

■ No
☐ Contingent
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
■ Unliquidated
☐ Disputed

---

| 2.58 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $13,236.82 | $7,951.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: CORRESPONDENCE - MAC T9017-026 PO BOX 168048 Irving, TX 75016-8048**

**2017 DODGE GRAND - 4745**

Creditor's mailing address

**800-289-8004**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**4745**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.59 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $13,066.76 | $7,951.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: CORRESPONDENCE - MAC T9017-026 PO BOX 168048 Irving, TX 75016-8048**

**2017 DODGE GRAND - 4746**

Creditor's mailing address

**800-289-8004**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**4746**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.60 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $31,483.50 | $25,091.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2017 DODGE RAM PROMASTER - 7248** |

**ATTN:**
**CORRESPONDENCE - MAC**
**T9017-026**
**PO BOX 168048**
**Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

**800-289-8004**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7248**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6<br>1 | **WELLS FARGO DEALER SERVICES** | Describe debtor's property that is subject to a lien | $31,853.50 | $6,621.00 |
| | Creditor's Name | **2016 DODGE CARAVAN - 9527** | | |

**ATTN:**
**CORRESPONDENCE - MAC**
**T9017-026**
**PO BOX 168048**
**Irving, TX 75016-8048**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**1782**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.30**

☐ Contingent
■ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,794,950.8<br>0 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cameron Transport Corp.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,426.74 |
|---|---|---|---|

**FRONTLINE ASSET STRATEGIES**
**2700 SNELLING AVENUE NORTH**
**SUITE 250**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **GOODS**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,522.00 |
|---|---|---|---|

**Hodgson Russ, LLP**
**ATTN: PETER A. MUTH, ESQ.**
**140 Pearl Street, Suite 100**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **LEGAL SERVICES**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,278.86 |
|---|---|---|---|

**JOE CECCONI'S CHRYSLER COMPLEX**
**2380 MILITARY ROAD**
**Niagara Falls, NY 14304**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **VEHICLE SERVICING**

Last 4 digits of account number  **6243**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,504.38 |
|---|---|---|---|

**MARLIN BUSINESS SERVICES CORP.**
**300 FELLOWSHIP ROAD**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **THREE (3) STRETCHERS**

Last 4 digits of account number  **2597**

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    29211                    Best Case Bankruptcy

Case 1-20-11032-CLB,   Doc 1,   Filed 08/07/20,   Entered 08/07/20 11:13:25,
Description: Main Document  , Page 45 of 69

| Debtor | **Cameron Transport Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,000.00 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address
**NEW YORK STATE DEPT OF MOTOR VEHICLES**
**295 MAIN STREET**
**SUITE 46B**
**Buffalo, NY 14203**

Date(s) debt was incurred **2020**

Last 4 digits of account number **7015**

As of the petition filing date, the claim is: Check all that apply.    **$270,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case # 20001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**NEW YORK THRUWAY**
**PO BOX 15186**
**Albany, NY 12212**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$85,179.87**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **EZ PASS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**THE STATE INSURANCE FUND**
**225 OAK STREET**
**Buffalo, NY 14203**

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$252,424.19**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **INSURANCE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**VERIZON WIRELESS**
**500 TECHNOLOGY DRIVE**
**SUITE 550**
**Saint Charles, MO 63304**

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$19,947.69**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **PHONE SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James Roscetti, Esq.**<br>**730 MAin Street**<br>**Niagara Falls, NY 14301** | Line **3.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Lincy Jacob, Esq**<br>**6 Empire State Plaza**<br>**Albany, NY 12228** | Line **3.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Linebarger Goggan Blair & Simpson LLP**<br>**Attorneys at Law**<br>**61 Broadway**<br>**Suite 2600**<br>**New York, NY 10006** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | Cameron Transport Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **NEW YORK STATE DEPT OF MOTOR VEHICLES**<br>**BUS DRIVER UNIT**<br>**6 EMPIRE STATE PLAZA**<br>**ROOM 136B**<br>**Albany, NY 12228** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 704,283.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 704,283.73 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor name **Cameron Transport Corp.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **MONTH TO MONTH LEASE** | |
| State the term remaining **1 MONTH** | **COOK PROPERTIES NY, LLC 90 AIRPARK DRIVE SUITE 400 Rochester, NY 14624** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **2016 DODGE RAM PROMASTER 2500** | |
| State the term remaining **8 MONTHS** | **HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **2016 DODGE CARAVAN** | |
| State the term remaining **8 MONTHS** | **HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **2015 DODGE RAM PROMASTER 2500** | |
| State the term remaining **8 MONTHS** | **HRAL, LLC dba ALLSTATE LEASING PO BOX 4826 TIMONIUM, MD 21204** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **2016 DODGE RAM PROMASTER HR**

     State the term remaining — **11 MONTHS**

     List the contract number of any government contract

**HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **2017 DODGE CARAVAN**

     State the term remaining — **11 MONTHS**

     List the contract number of any government contract

**HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **2017 DODGE CARAVAN**

     State the term remaining — **11 MONTHS**

     List the contract number of any government contract

**HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **2017 DODGE CARAVAN**

     State the term remaining — **14 MONTHS**

     List the contract number of any government contract

**HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **2017 FORD TRANSIT**

     State the term remaining — **24 MONTHS**

     List the contract number of any government contract

**HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **2017 DODGE CARAVAN**

     State the term remaining — **25 MONTHS**

     List the contract number of any

**HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204**

Case 1-20-11032-CLB, Doc 1, Filed 08/07/20, Entered 08/07/20 11:13:25, Description: Main Document , Page 49 of 69

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2018 DODGE CARAVAN** | |
| | State the term remaining | **28 MONTHS** | **HRAL, LLC dba ALLSTATE LEASING**<br>**PO BOX 4826**<br>**TIMONIUM, MD 21204** |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **2017 DODGE CARAVAN** | |
| | State the term remaining | **25 MONTHS** | **HRAL, LLC dba ALLSTATE LEASING**<br>**PO BOX 4826**<br>**TIMONIUM, MD 21204** |
| | List the contract number of any government contract | _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **2018 FORD TRANSIT 350** | |
| | State the term remaining | **26 MONTHS** | **INTERGRATED VEHICLE LEASING INC**<br>**734 WALT WHITHAM ROAD**<br>**Melville, NY 11747** |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **2018 FORD TRANSIT 350** | |
| | State the term remaining | **26 MONTHS** | **INTERGRATED VEHICLE LEASING INC**<br>**734 WALT WHITHAM ROAD**<br>**Melville, NY 11747** |
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **2019 FORD E-350 GLOBAL MOTOR COACH** | |
| | State the term remaining | **36 MONTHS** | **NORTH MILLS EQUIPMENT FINANCE LLC**<br>**ACCOUNTS RECEIVABLE**<br>**50 WASHINGTON STREET**<br>**FLOOR 1O**<br>**Norwalk, CT 06854** |
| | List the contract number of any government contract | _____ | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **2019 FORD E-450 GLOBAL MOTOR COACH** | **NORTH MILLS EQUIPMENT FINANCE LLC**<br>**ACCOUNTS RECEIVABLE**<br>**50 WASHINGTON STREET**<br>**FLOOR 1O**<br>Norwalk, CT 06854 |

Case 1-20-11032-CLB,    Doc 1,    Filed 08/07/20,    Entered 08/07/20 11:13:25,<br>Description: Main Document , Page 50 of 69

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **36 MONTHS**

List the contract number of any government contract _____

---

2.17. State what the contract or lease is for and the nature of the debtor's interest **MONTH TO MONTH LEASE**

State the term remaining **1 MONTH**

List the contract number of any government contract _____

**ROLLINS INTERNATIONAL**
**2821 PINE AVENUE**
**Niagara Falls, NY 14301**

---

2.18. State what the contract or lease is for and the nature of the debtor's interest **2018 FORD TRANSIT**

State the term remaining **24 MONTHS**

List the contract number of any government contract _____

**SANTANDER**
**PO BOX 13098**
**Reading, PA 19612**

---

2.19. State what the contract or lease is for and the nature of the debtor's interest **2018 DODGE CARAVAN**

State the term remaining **24 MONTHS**

List the contract number of any government contract _____

**SANTANDER**
**PO BOX 13098**
**Reading, PA 19612**

---

2.20. State what the contract or lease is for and the nature of the debtor's interest **2018 FORD TRANSIT**

State the term remaining **24 MONTHS**

List the contract number of any government contract _____

**SANTANDER**
**PO BOX 13098**
**Reading, PA 19612**

---

2.21. State what the contract or lease is for and the nature of the debtor's interest **2018 FORD TRANSIT**

State the term remaining **24 MONTHS**

List the contract number of any government contract _____

**SIGNATURE FINANCIAL**
**PO BOX 71278**
**Philadelphia, PA 19176**

---

Case 1-20-11032-CLB,   Doc 1,   Filed 08/07/20,   Entered 08/07/20 11:13:25,
Description: Main Document , Page 51 of 69

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **2018 CHRYSLER PACIFICA** | |
|---|---|---|---|
| | State the term remaining | **24 MONTHS** | **SIGNATURE FINANCIAL**<br>**PO BOX 71278**<br>**Philadelphia, PA 19176** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Cameron Transport Corp.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Cameron Transport Corp.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$400,000.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$3,100,000.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,452,457.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Country Insurance Company**<br>**c/o Bankers Insurance LLC**<br>**3130 Chaparral Drive**<br>**Suite 202**<br>**Roanoke, VA 24018** | **May 2020**<br>**June 2020**<br>**July 2020** | $27,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_VEHICLE INSURANCE_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **HRAL, LLC dba ALLSTATE LEASING**<br>**PO BOX 4826**<br>**TIMONIUM, MD 21204** | **DODGE CARAVAN** | **DECEMBER 2019** | $40,000.00 |
| **FORD CREDIT**<br>**PO BOX 650573**<br>**Dallas, TX 75265** | **FORD CONNECT** | **DECEMBER 2019** | $22,000.00 |
| **Sterling National Bank**<br>**Leasing Department**<br>**PO Box 75422**<br>**Chicago, IL 60675** | **2018 Ford F-150**<br>**xxxx xxxx 1728** | **August 5, 2020** | $28,900.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CAMERON TRANSPORT CORP**<br>**V**<br>**NY DEPT OF HEALTH ET AL**<br>**E171019/2019** | **SERVICES** | **NIAGARA COUNTY SUPREME COURT**<br>**775 3RD STREET**<br>**Niagara Falls, NY 14301** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2. | **CAMERON TRANSPORT INC**<br>**V**<br>**NYS DEPT OF MOTOR VEHICLES**<br>**E167881/2019** | **COLLECTION** | **NIAGARA COUNTY SUPREME COURT**<br>**775 3RD STREET**<br>**Niagara Falls, NY 14301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CAMERON TRANSPORT INC**<br>**V**<br>**NYS DEPT OF MOTOR VEHICLES**<br>**E171621/2020** | **COLLECTION** | **NIAGARA COUNTY SUPREME COURT**<br>**775 3RD STREET**<br>**Niagara Falls, NY 14301** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **COLLIGAN LAW, LLP**<br>**12 FOUNTAIN PLAZA**<br>**SUITE 600**<br>**BUFFALO, NY 14202-3613** | **Attorney Fees** | **August 6, 2020** | **$20,000.00** |
| | Email or website address<br>**fgawronski@colliganlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Robert R. Radel, Esq.**<br>**174 Franklin Street**<br>**Buffalo, NY 14202** | **Attorney Fees** | **March 10, 2020** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Faisel Haruna** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2901 PINE AVENUE (REAR)**<br>**Niagara Falls, NY 14301** | **2017-2019** |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.

    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.

    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **VINCENT DIMARCO**<br>      **DIMARCO AND COMPANY, INC**<br>      **1207 MILITARY ROAD**<br>      **Niagara Falls, NY 14304** | **2016-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **FAISEL HARUNA** | **2821 PINE AVENUE**<br>**Niagara Falls, NY 14301** | **PRESIDENT** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1<br>. | **FAISEL HARUNA**<br>**2821 PINE AVENUE**<br>**Niagara Falls, NY 14301** | **26,000.00** | **2019 - 2020** | **Wages $500.00 per week** |
| | Relationship to debtor<br>**PRESIDENT** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 7, 2020__

__/s/ Faisel Haruna__
Signature of individual signing on behalf of the debtor

__Faisel Haruna__
Printed name

Position or relationship to debtor __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re  **Cameron Transport Corp.**                          Case No. _____

                                    Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

☑ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ **20,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ **335.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Prepare motions including but not limited to attorney retention and representation, accountant retention and representation, adequate protection, cash collateral and cash maintenance, et al for a proposed reorganization.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Cameron Transport Corp.**                 Case No. _____

                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August  7, 2020** | **/s/ FREDERICK J. GAWRONSKI** |
| *Date* | **FREDERICK J. GAWRONSKI 2767549** |
| | *Signature of Attorney* |
| | **COLLIGAN LAW, LLP** |
| | **12 FOUNTAIN PLAZA** |
| | **SUITE 600** |
| | **BUFFALO, NY 14202-3613** |
| | **716-885-1150  Fax: 716-885-4662** |
| | **fgawronski@colliganlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of New York

In re   **Cameron Transport Corp.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FAISEL HARUNA**<br>**93 TRAILS END**<br>**Grand Island, NY 14072** | **STOCK** | **100** | **STOCK** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 7, 2020**

Signature  **/s/ Faisel Haruna**

**Faisel Haruna**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Cameron Transport Corp.**                 Case No.

                                    Debtor(s)        Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  7, 2020**                  **/s/ Faisel Haruna**

                                            **Faisel Haruna**/**President**
                                            Signer/Title

```
ALLY
PO BOX 380901
Minneapolis, MN 55438


ALLY
PO BOX 380901
BLOOMINGTON, MN 55438


CHRYSLER CAPITAL
ATTN: BANKRUPTCY DEPT
PO BOX 961278
Fort Worth, TX 76161


CIT BANK
21146 NETWORK PLANCE
Chicago, IL 60673


CIT BANK, N.A.
10201 CENTURION PARKWAY NORTH
SUITE 100
Jacksonville, FL 32256


COOK PROPERTIES NY, LLC
90 AIRPARK DRIVE
SUITE 400
Rochester, NY 14624


DOERING FLEET MANAGEMENT
15300 W CAPITOR DRIVE
Brookfield, WI 53005


FORD CREDIT
PO BOX 650573
Dallas, TX 75265


FRONTLINE ASSET STRATEGIES
2700 SNELLING AVENUE NORTH
SUITE 250
Saint Paul, MN 55113


Hodgson Russ, LLP
ATTN: PETER A. MUTH, ESQ.
140 Pearl Street, Suite 100
Buffalo, NY 14202
```

HRAL, LLC dba ALLSTATE LEASING
PO BOX 4826
TIMONIUM, MD 21204


INTERGRATED VEHICLE LEASING INC
734 WALT WHITHAM ROAD
Melville, NY 11747


James Roscetti, Esq.
730 MAin Street
Niagara Falls, NY 14301


JOE CECCONI'S CHRYSLER COMPLEX
2380 MILITARY ROAD
Niagara Falls, NY 14304


Lincy Jacob, Esq
6 Empire State Plaza
Albany, NY 12228


Linebarger Goggan Blair & Simpson LLP
Attorneys at Law
61 Broadway
Suite 2600
New York, NY 10006


MARLIN BUSINESS SERVICES CORP.
300 FELLOWSHIP ROAD
Mount Laurel, NJ 08054


NEW YORK STATE DEPT OF MOTOR VEHICLES
295 MAIN STREET
SUITE 46B
Buffalo, NY 14203


NEW YORK STATE DEPT OF MOTOR VEHICLES
BUS DRIVER UNIT
6 EMPIRE STATE PLAZA
ROOM 136B
Albany, NY 12228


NEW YORK THRUWAY
PO BOX 15186
Albany, NY 12212

NORTH MILLS EQUIPMENT FINANCE LLC
ACCOUNTS RECEIVABLE
50 WASHINGTON STREET
FLOOR 1O
Norwalk, CT 06854


ROLLINS INTERNATIONAL
2821 PINE AVENUE
Niagara Falls, NY 14301


SANTANDER
PO BOX 13098
Reading, PA 19612


SIGNATURE FINANCIAL
PO BOX 71278
Philadelphia, PA 19176


SNAP-ON CREDIT LLC
950 TECHNOLOGY WAY
SUITE 301
Libertyville, IL 60048


STERLING NATIONAL BANK
TP LEASING DEPT
PO BOX 75422
Chicago, IL 60675


TCF NATIONAL BANK
1111 WEST SAN MARNAN DR
SUITE A2 WEST
Waterloo, IA 50701


THE STATE INSURANCE FUND
225 OAK STREET
Buffalo, NY 14203


VERIZON WIRELESS
500 TECHNOLOGY DRIVE
SUITE 550
Saint Charles, MO 63304


WELLS FARGO DEALER SERVICES
ATTN: CORRESPONDENCE - MAC T9017-026
PO BOX 168048
Irving, TX 75016-8048

# United States Bankruptcy Court
## Western District of New York

In re   **Cameron Transport Corp.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cameron Transport Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 7, 2020**

Date

**/s/ FREDERICK J. GAWRONSKI**

**FREDERICK J. GAWRONSKI 2767549**

Signature of Attorney or Litigant

Counsel for   **Cameron Transport Corp.**

**COLLIGAN LAW, LLP**
**12 FOUNTAIN PLAZA**
**SUITE 600**
**BUFFALO, NY 14202-3613**
**716-885-1150 Fax:716-885-4662**
**fgawronski@colliganlaw.com**