| In Re Cameron Transport Corp | Case No. 20-11032-CLB Chapter 11 |
|---|---|

Debtor(s)

## DEBTOR'S FINAL/POST CONFIRMATION REPORT AND ACCOUNT IN A CHAPTER 11 CASE

The (Post-Confirmation) (Final) Report and Account of August 18, 2023 shows and alleges that:

I. PRIORITY PAYMENTS OF NON-OPERATING ADMINISTRATIVE EXPENSES §507(a) (1)

| | | Paid to Date | Balance Due |
|---|---|---|---|
| A. | Trustee (Chapter 11) Commissions (Do not report UST quarterly fees on this line) | $ 0.00 | $ 0.00 |
| B. | Accountant's Fees | 0.00 | 0.00 |
| C. | Attorney's Fees for Creditors Committee | 0.00 | 0.00 |
| D. | Auctioneer's Fees | 0.00 | 0.00 |
| E. | Attorney Fees for Chapter 11 Trustee | 0.00 | 0.00 |
| F. | Attorney Fees for Debtor | 38,248.00 | 37,039.00 |
| G. | Other Attorney Fees (specify) | 0.00 | 0.00 |
| H. | Taxes, Fines, Penalties, etc. (§503(b) (1) (B) & (C) | 87,912.00 | 162,088.00 |
| I. | Other Non-Operating Expenses of Administration (specify) | 0.00 | 0.00 |
| J. | Appraiser's Fees | 0.00 | 0.00 |

II. OTHER PRIORITY EXPENSES

| | | % payment provided in plan | Total amount of claims allowed | Paid to Date | Balance |
|---|---|---|---|---|---|
| A. | Post involuntary Petition, Pre-Relief, etc. claims [§507 (a)(2)] | 100% | 7,760 | $ 7,760 | $ 0.00 |
| B. | Wages, Etc. [§507 (a)(3)] | N/A | | $ | $ |
| C. | Contributions to Employee Benefit Plans [§507 (a)(4)] | N/A | | $ | $ |
| D. | Deposits for Undelivered Service of Property [§507 (a)(5)] | N/A | | $ | $ |
| E. | Taxes [§507 (a)(6)] | N/A | | $ | $ |

| III. | PAYMENTS TO CREDITORS | % payment provided in plan | Total amount of claims allowed | Paid to Date | Balance Due |
|---|---|---|---|---|---|
| A. | Holders of Secured Claims: | | | | |
| | (1) Class 1,2,3,4 | 100% | 256,916. | 129,644. | 127,272. |
| | (2) Class 5,7 | 100% | 184,320 | 97,354 | 86,966 |
| | (3) Other 6 | 100% | 191,485 | Vehicles | Returned |
| | (specify) | | | | |
| B. | Holders of Unsecured Claims: | | | | |
| | (1) Class 8 | 28% | 1,032,049 | 12,387.00 | 58,653.00 |
| | (2) Class ___ | | | | |
| | (3) Other ___ | | | | |
| C. | Attach statement listing each class of equity holders and amount(s) paid to each and every class of equity holders. If no equity holders, please indicate such. | | | | |
| D. | Exemptions Claimed by Debtor and not disallowed | | | N/A | |
| E. | Other Distributions | | | N/A | |
| F. | Surplus Returned to Debtor | | | N/A | |

IV. TRUSTEE DISBURSEMENTS

A. Portion of Total Distribution other than surplus (III-F), exemptions, or other monies paid to the debtor disbursed by Chapter 11 Trustee      N/A

B. Operating Expenses Disbursed by Chapter 11 Trustee      N/A

V. VALUE OF CERTAIN ABANDONED OR EXEMPT PROPERTY

Value of Abandoned Property or property set apart as exempt on which a security was attached.      $ N/A

VI. ESTIMATED DATE OF FINAL PAYMENT UNDER PLAN:

December (month)      2027 (year)

VII. SPECIFY OTHER RELEVANT ACTION TAKEN AND PROGRESS MADE IN CONSUMMATION OF PLAN BELOW AND ON ATTACHMENTS:

### CERTIFICATION

I, Faisel Haruna, President (title) of (for debtor), certify under penalty of perjury that the information contained in the [Post-Confirmation] [Final] Report is truthful, complete and accurate to the best of my knowledge; and that this report has been duly transmitted to the court as required by the Local Rules of the Court.

Dated: August 18, 2023      Signed: /s/ Faisel Haruna
Printed Name and Title: Faisel Haruna, President
Business Phone: 716-603-4180